IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

LISA SABINA HAVICE,

        Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-

6:22-cv-00851-JR

**ORDER FOR EAJA FEES**

Based upon the Stipulation of the parties and the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, it is hereby ordered that EAJA attorney's fees of $7,220.89 and expenses in the amount of $6.57 shall be awarded to Plaintiff pursuant to *Astrue v. Ratliff*, 130 U.S. 2521 (2010). If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made payable to the Olinsky Law Group, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney. Any costs may be paid either by electronic fund transfer (EFT) or by check.

ORDER FOR EAJA FEES AND EXPENSES
3:22-cv-00081-JR - 1

250 South Clinton Street, Suite 210
Syracuse, NY 13202

Any check for EAJA fees shall be mailed to Plaintiff's counsel at the following address:

**Olinsky Law Group**
**250 South Clinton St., Suite 210**
**Syracuse, NY 13202**

DATED this  18th  day of   July   2023.

      /s/ Jolie A. Russo
Jolie A. Russo
U.S. Magistrate Judge

Presented by:

By: */s/Edward A. Wicklund*
Edward A. Wicklund
Admitted Pro Hac Vice
Olinsky Law Group


*s/ Jeremy L. Bordelon*
Jeremy L. Bordelon, Esq.
Oregon State Bar No.: 160789
Local Counsel
Evergreen Disability Law
465 NE 181st Avenue, No. 500
Portland, OR 97230
Telephone: 503-836-1036
Facsimile: 503-836-1870
Email: jeremy@evergreendisability.com

Attorneys for Plaintiff

250 South Clinton Street, Suite 210
Syracuse, NY 13202

ORDER FOR EAJA FEES AND EXPENSES
3:22-cv-00081-JR - 2